IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAIMANA ENTERPRISES, INC., et al., | ) ) ) | CV. 03-00612HG-BMK |
| Plaintiffs, | ) ) | RECEIPT FOR EXHIBITS |
| vs. | ) ) | |
| HAWAIIAN ELECTRIC CO. INC., et al. | ) ) ) | |
| Defendants. | | |

I, Robert A. Marks, attorney for Hawaiian Electric Co., Inc. and Hawaiian Electric Light Company, acknowledge receipt of Exhibits 1 through 5, admitted in evidence on November 7, 2003.

DATED:    Honolulu, Hawaii, _August 23, 2006_.


_____
                    Signature